STATE of Missouri Respondent,

v.

Troy HACKER, Appellant.

No. WD 39869.

Missouri Court of Appeals,
Western District.

June 7, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 2, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and
TURNAGE and COVINGTON, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for rape, in violation of § 566.030, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

Gary Thomas HEFFNER, Movant,

v.

STATE of Missouri, Respondent.

No. WD 39927.

Missouri Court of Appeals,
Western District.

June 14, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 2, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for movant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and
TURNAGE and COVINGTON, JJ.

### ORDER

PER CURIAM:

Direct appeal from the denial of Rule 27.26 motion for post conviction relief.

Affirmed. Rule 84.16(b).